UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOLLY LO, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 1:16-cv-0610- JLT <br><br> ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME <br><br> (Doc. 13) |

On January 30, 2017, the parties filed a stipulation for an extension of time for Plaintiff to prepare and serve her opening brief. (Doc. 13) Notably, the Scheduling Order permits a single extension by the stipulation of parties (Doc. 5 at 4), and this is the first extension requested by either party. Accordingly, the Court **ORDERS**:

1. Plaintiff's request for an extension of time is **GRANTED**; and
2. Plaintiff **SHALL** serve her opening brief on or before **February 26, 2017**.

IT IS SO ORDERED.

Dated:   **January 31, 2017**          **/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE