# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOLLY LO,<br><br>        Plaintiff,<br><br>        v.<br><br>NANCY A. BERRYHILL[1],<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:16-cv-0610 - JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED APRIL 14, 2017 (Doc. 18) |

On April 14, 2017, the Court ordered Defendant to show cause why sanctions should not be imposed for failure to file a timely response to Plaintiff's opening brief. (Doc. 18) Defendant filed a response to the Court's order, detailing remedial actions taken to ensure the filing of timely responses in the future, including the replacement of counsel and the implementation of new procedures, such as a weekly report of filing deadlines. (Doc. 21 at 4-5)

Based upon the information provided and the filing of the responsive brief (Doc. 22) within the timeframe ordered by the Court, the Order to Show cause dated April 28, 2017 is **DISCHARGED**. IT IS SO ORDERED.

Dated: **May 1, 2017**            **/s/ Jennifer L. Thurston**
                                                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Nancy A. Berryhill for her predecessor, Carolyn W. Colvin, as the defendant.