UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MOLLY LO,

        Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

Case No.: 1:16-cv-00610 - JLT

ORDER GRANTING PLAINTIFF'S
APPLICATION TO FILE A LATE REPLY BRIEF

(Doc. 25)

Molly Lo filed a brief in reply to the Commissioner's response to the opening brief on June 5, 2017. (Doc. 24) Plaintiff's counsel, Denise Bourgeois, also filed an application for leave to file the reply, explaining she "failed to properly calendar the reply date in light of the heavy schedule of hearings and motions." (Doc. 25 at 1) Ms. Bourgeois reports she advised Defendant's counsel, Jeffrey Chen, of her intent to the application, and Defendant had no objection. (*Id.* at 2)

Therefore, the Court **ORDERS** that Plaintiff's application for leave to file the late reply brief is **GRANTED**.

IT IS SO ORDERED.

    Dated: __June 7, 2017__                 __/s/ Jennifer L. Thurston__
                                         UNITED STATES MAGISTRATE JUDGE

1