# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOLLY LO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 1:16-cv-0610 - JLT<br><br>ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

　　On October 5, 2017, Molly Lo and Nancy Berryhill, Acting Commissioner of Social Security, stipulated for the award and payment of attorney's fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  (Doc. 29)

　　Accordingly, subject to the terms of the parties' stipulation, the Court **ORDERS**:   fees and expenses in the total amount of $4,116.00 are **AWARDED** to Plaintiff, Molly Lo.

IT IS SO ORDERED.

　　Dated: __**October 6, 2017**__　　　　　　　　___**/s/ Jennifer L. Thurston**___
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE